**Russell D. Garrett**, OSB #882111
russell.garrett@jordanramis.com
JORDAN RAMIS PC
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070
Facsimile: (503) 598-7373

Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ALTAR PDX, LLC,<br><br>                Debtor. | Case No. 25-32203-PCM11<br><br>CHAPTER 11 TRUSTEE'S PERIODIC CASE STATUS REPORT |

Currently, local rules contemplate that the LBF 1195 will be filed within 120 days of entry of an Order Confirming Plan, even when the Plan is confirmed as a non-consensual Plan under 11 U.S.C. § 1191(b). Since the bankruptcy estate, and case, remain open in a non-consensual plan for the life of the confirmed Plan, local rules authorize the Chapter 11 Trustee (Case Trustee), or other designated party, to file a status report, in lieu of LBF 1195, and to thereafter file a further status report every six months until the Plan has been completed, at which time LBF 1195 would be filed. The next status report is due six months from this filing.

**CURRENT STATUS REPORT**

The debtor's Plan of Reorganization was confirmed as a non-consensual Plan on September 11, 2025. Pursuant to the Confirmation Order, the debtor is responsible for making all Plan Payments. A summary of the Plan Payments based upon the confirmed plan is described below and attached hereto as **Exhibit A**. I have asked the debtor's counsel if all of the payments required under the plan have been paid and are current but I have not heard back yet.

Page 1 –   CHAPTER 11 TRUSTEE'S PERIODIC CASE
            STATUS REPORT

JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070 Fax: (503) 598-7373
57340-82961 4925-1445-7992.6

Under the Plan, Administrative expense claims should have been paid by now unless an Administrative expense creditor agrees to a different payment. I am not aware, at this time, of any other agreement. The Plan requires the debtor to make monthly payments on the Priority Claims and Class 1 claims. Priority Tax claims are to be paid in full, with interest on or before three years following the effective date of the Plan. Class 1 claims are anticipated to be paid in full on the 22nd month following the effective date. Thereafter, the debtor will commence making monthly payments to Class 2 claim (unsecured creditors).

To the Trustee's knowledge, there has been no further activity in this case. As referenced above, the Trustee has asked the debtor's counsel for the status of plan payments but has not yet heard back from the debtor's counsel.

DATED this 16th day of January, 2026.

JORDAN RAMIS PC


By:   */s/ Russell D. Garrett*
      Russell D. Garrett, OSB #882111
      *SubChapter V Trustee*

Page 2 –   CHAPTER 11 TRUSTEE'S PERIODIC CASE STATUS REPORT

JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070 Fax: (503) 598-7373
57340-82961 4925-1445-7992.6

# EXHIBIT A

**TREATMENT OF CLAIMS, LIENS AND INTERESTS UNDER THE PLAN**

The Debtor's Plan describes how its Creditors will be paid.

**2.1** **Unclassified Claims**

Certain types of Claims are automatically entitled to specific treatment under the Code. They are not considered impaired, and holders of such Claims do not vote on this Plan. They may, however, object if, in their view, their treatment under this Plan does not comply with that required by the Code. As such, this Plan does not place the following Claims in any class:

**A.    Administrative Expenses**

Except as otherwise provided under the Plan, each holder of an Administrative Expense claim allowed under § 503 of the Code will be paid in full on the Effective Date of the Plan, in cash. or upon such other terms as may be agreed upon by the holder of the claim.

The following Administrative Expenses existed under this Plan:

Professional fees

Subchapter V Trustee fees

**B.    Priority Tax Claims**

Each holder of a Priority Tax Claim pursuant to § 507(a)(8) was scheduled to be paid as set forth in the chart below:

| Name of Taxing Authority and Type of Tax | Estimated Amount Owed | Treatment |
| --- | --- | --- |
| Internal Revenue Service | $3,784.62 | Monthly payments of at least $118.60 beginning on Effective Date of the Plan, and continuing until paid in full, which is expected to be the three-year anniversary of the Effective Date. Claim will bear interest at 8% per annum. |

| Oregon Employment Department | $215.09 | Monthly payments of at least $6.74 beginning on Effective Date of the Plan, and continuing until paid in full, which is expected to be the three-year anniversary of the Effective Date. Claim will bear interest at 8% per annum. |
|---|---|---|

### 2.2 Classes of Claims and Equity Interests

The following are the classes set forth in this Plan and the proposed treatment they will receive under this Plan:

#### A. Classes of Secured Claims

##### 2.2.A.1 Class 1 – U.S. Small Business Administration.

The plan anticipates that Debtor will make payments to Class 1 in the amount of $350.49 per month. As Administrative Expenses described in Section 2.1 A of this Plan are paid off, Class 1 will receive larger payments from the Monthly Disposable Income Payment. It is anticipated that Debtor's attorney fees will be paid in full in the 10th month following the Effective Date, therefore payments to the Class 1 Claim shall increase by $750.00 per month. Payments to the Class 1 Claim shall continue until the Allowed Class 1 Secured Claim has been paid in full, which is anticipated to occur in the 22nd month following the Effective Date. The SBA's deficiency claim in the amount of $ 267,082.22 shall be classified and treated as a general unsecured Claim in Class 2.
in the Debtor's schedules and deemed filed pursuant to 11 U.S.C. § 1111(a).

#### B. Classes of Priority Unsecured Claims

Debtor asserts there are no Claims under §§ 507(a)(1), (4), (5), (6), and (a)(7) of the Code.

#### C. Class of General Unsecured Claims

##### 2.2.C.1 Class 2 – General Unsecured Claims.

Class 2 consists of all Allowed Unsecured Claims, including the unsecured portion of the Class 1 claim.

The confirmed plan anticipated that the Class 1 claim will be paid in full in the 22nd month following the Effective Date, and Class 2 Claims will then start to receive payments. No payments will be made to the Class 2 Claims until the Class 1 claim is paid in full. Payments will terminate after the payment is made on the 36th month following the Effective Date.

**D.** **Class of Equity Interest Holders**

**2.2.D.1** Class 3 – Equity Interest Holders

Class 4 consists of the 100% membership interest held by Cassandra Ridgway. The Class 3 Interest Holder shall retain all of her interest in the Debtor. Class 3 is unimpaired.

**2.6** **Payments**

Payments to Creditors provided for in this Plan will be made directly by the Debtor. The Subchapter V Trustee shall not act as a plan disbursement agent. If the Plan is confirmed pursuant to § 1191(b), Debtor shall maintain accurate records of all Plan disbursements made and will prepare and file post-confirmation quarterly reports ("PCQRs") until the case is converted, dismissed, or closed. Debtor shall file such PCQRs within thirty (30) days after the end of each calendar quarter following the Effective Date. PCQRs shall be filed with the Bankruptcy Court and served upon the Subchapter V Trustee and the United States Trustee. PCQRs shall describe (a) the amounts disbursed to each creditor during the preceding quarter; (b) the Debtor's overall progress toward completion of the Plan.

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing CHAPTER 11 TRUSTEE'S PERIODIC CASE STATUS REPORT on:

**VIA ECF FILING**

NICHOLAS J HENDERSON    nick@elevatelawpdx.com, monica@elevatelawpdx.com;troy@elevatelawpdx.com;courtnotices@elevatelawpdx.com hendersonnr86571@notify.bestcase.com

US Trustee, Portland    USTPRegion18.PL.ECF@usdoj.gov

**VIA FIRST CLASS MAIL POSTAGE PREPAID**

Erica England
England Accountancy LLC
21281 S Sweetbriar Rd
West Linn, OR 97068

Cassandra Ridgway
Member of Altar PDX Inc
424 N Tillamook St
Portland, OR 97227

DATED:  January 16, 2026.

*/s/ Russell D. Garrett*
Russell D. Garrett, OSB #882111
russell.garrett@jordanramis.com
Subchapter V Trustee

Page 1 –   CERTIFICATE OF SERVICE

JORDAN RAMIS PC
Attorneys at Law
1211 SW Fifth Avenue, 27th Floor
Portland, Oregon 97204
Telephone: (503) 598-7070 Fax: (503) 598-7373
57340-82961 4925-1445-7992.6